IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ANDREW JOHNSON**                                                              **PLAINTIFF**
**ADC #110504**

V.                                     NO. 4:21-cv-00488-LPR-ERE

**DEXTER PAYNE,** *et al*.                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin.[1] The Court has also received Objections to the Recommendation.[2] Additionally, the Court has received supplemental evidence related to the Objections. The Court has carefully considered all of the foregoing documents and has performed a *de novo* review of the entire record in this case. The Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety. Mr. Johnson's Motions for emergency or preliminary injunctive relief are DENIED.[3]

IT IS SO ORDERED this 19th day of October 2021.

LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE

---

[1] The Court treats Docs. 31 and 35 as one comprehensive Recommendation. That comprehensive Recommendation responds to Plaintiff's Motions for emergency or preliminary injunctive relief. Plaintiff's Motions can be found at Docs. 8, 27, 33.

[2] Docs. 34, 44.

[3] Docs. 8, 27, 33.