IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ANDREW JOHNSON**                                                                                   **PLAINTIFF**
**ADC #110504**

v.                              Case No. 4:21-CV-00488-LPR

**DEXTER PAYNE, Director of the**
**Arkansas Department of Corrections, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (RD) from Magistrate Judge Edie R. Ervin and Plaintiff's objections thereto.[1] After considering Plaintiff's objections and conducting a careful and *de novo* review of the RD and the record in this case, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Summary Judgment is GRANTED.[2] Plaintiff's Motion for Summary Judgment is DENIED.[3] Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] RD (Doc. 179); Pl.'s Objs. (Doc. 181).

[2] Doc. 169.

[3] Doc. 156.