IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ANDREW JOHNSON**  **PLAINTIFF**
**ADC #110504**

v.  Case No. 4:21-CV-00488-LPR

**DEXTER PAYNE, Director of the**
**Arkansas Department of Corrections, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case: Judgment is entered in favor of Defendants Dexter Payne, William Straughn, Benny Magness, Jared Byers, Claudia Harris, Jeffrey Deen, James Shipman, Shelby Houston, Andy Shock, and Wendy Kelly on Plaintiff's Eighth Amendment claim against those Defendants; all other claims in this case are DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 30th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE